```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION
```

IN RE:   ASHLEY M. AUSTIN,           {   CHAPTER 13
                                     {
         DEBTOR(S)                   {   CASE NO. R19-40777-PWB
                                     {
                                     {   JUDGE   BONAPFEL

## OBJECTION TO CONFIRMATION

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

2. All prior bankruptcy cases of the Debtor(s), or pending related bankruptcy cases, may not have been disclosed; thereby, indicating a lack of good faith in proposing the instant repayment plan, possibly in violation of 11 U.S.C. Section 1325(a)(3).

3. Though the proposed Chapter 13 plan includes text in Section 3.3, the appropriate box has not been checked for that section, possibly rendering the proposed provision ineffective.

4. The Chapter 13 Plan fails to provide the purchased date for the claim of GM Financial & PNC Bank, preventing the Trustee from properly administering this plan.

5. The Chapter 13 schedules fail to include complete employment information for Debtor husband, thereby preventing the Trustee from evaluating the feasibility of the Chapter 13 Plan, in violation of 11 U.S.C. Section 1325(a)(6); specifically, the Debtor testified that her spouse works for Schneider.

6. The Trustee requests proof of the non-filing spouse's income as the Debtor could not testified to the non-filing spouse's income.

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com

7. The Debtor(s)' Chapter 13 plan fails to provide for an increase in payments when direct payments at $237.29 per month for non-filing spouse's 401k loan ends; may show lack of good faith or create a disposable income problem in violation of 11 U.S.C. Sections 1325(a)(3) and 1325(b)(2)(A).

8. The Debtor(s)' Statement of Financial Affairs is inaccurate and/or incomplete; the Trustee is unable to determine the feasibility of the proposed plan.  11 U.S.C. Section 1325(a)(6); specifically, question #4 omits non-filing spouse's income.

9. Schedule H fails to provide complete Co-Debtor information for the debt owed to Americredit Financial Services, Inc. d/b/a GM Financial.

10. The payout of the claim(s) owed to Americredit Financial Services, Inc. d/b/a GM Financial will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

May 22, 2019

                                            /s
                                Albert C. Guthrie, Esq.
                                for Chapter 13 Trustee
                                GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com

R19-40777-PWB

**CERTIFICATE OF SERVICE**

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ASHLEY M. AUSTIN
481 W KINMAN RD SW
CALHOUN, GA 30701-3227

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 22nd day of May, 2019


          /s
Albert C. Guthrie, Esq.
for Chapter 13 Trustee
GA Bar No. 142399




Mary Ida Townson, Chapter 13 Trustee
Suite 2200
191 Peachtree Street, N.E.
Atlanta, GA 30303-1740
404-525-1110
albertg@atlch13tt.com