```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.   R19-40777-PWB      PAUL W. BONAPFEL, JUDGE
DEBTOR(S): ASHLEY M. AUSTIN   DATE: JUNE 12, 2019

     BRANDI L. KIRKLAND TO REPORT BACK IN 10 DAYS

     WHETHER THE DEBTORT HAS RESOLVED THE COURT'S PROCEEDINGS
     MEMORANDUM REGARDING INSUFFICIENT SERVICE.


     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION BECAUSE:
     THE DEBTOR HAS NOT RESOLVED THE COURT'S PROCEEDINGS
     MEMORANDUM REGARDING INSUFFICIENT SERVICE.
     PLEASE ENTER AN ORDER OF DISMISSAL.



                              _____/s_____
                              Brandi L. Kirkland, Esq.
                              for Chapter 13 Trustee
                              GA Bar No. 423627
```

Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
brandik@atlch13tt.com

R19-40777-PWB

## CERTIFICATE OF SERVICE

     This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

ASHLEY M. AUSTIN
481 W KINMAN RD, SW
CALHOUN, GA 30701-3227

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SAEGER & ASSOCIATES


This 12th day of July, 2019


       /s/
_____
Brandi L. Kirkland, Esq.
Standing Chapter 13 Trustee
GA Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
brandik@atlch13tt.com