**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19-40777-PWB |
| Ashley Michelle Austin, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**NOTICE OF HEARING**

     **PLEASE TAKE NOTICE** that the Debtor in the above- referenced matter filed a Motion seeking an Order vacating dismissal.

     **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter on **10:00 A.M. on August 28, 2019** in Courtroom 342, U. S. Courthouse, 600 East First Street, Rome, Georgia 30161.

     Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

                                    Respectfully submitted,
                                    Saeger & Associates, LLC


                                    __/s/_____
                                    Dan Saeger 680628
                                    Attorney for Debtor

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 19-40777-PWB |
| Ashley Michelle Austin, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

**MOTION TO RECONSIDER ORDER OF DISMISSAL**

**COMES NOW**, Ashley Michelle Austin, Debtor in the above-styled case, by and

through the undersigned counsel, and files this "Motion to Reconsider Order of

Dismissal," showing this Honorable Court the following:

1.

Debtor filed a petition constituting an Order For Relief under Title 11 U.S.C.

Chapter 13 on April 1, 2019.  Debtor's case has not yet been confirmed.

2.

Debtor's case was placed on status to resolve a proceedings memorandum

requiring service of the Chapter 13 Plan on World Finance and Security Finance,

creditors affected by a request to avoid a lien on exempt property.

3.

The court entered an order of dismissal in this case on July 15, 2019.

4.

The proceedings memorandum has been resolved.


WHEREFORE, Debtors pray

(a)  That this "Motion to Reconsider Order of Dismissal" be filed, read and

   considered;

(b) That the Order of Dismissal be vacated and for the case to be continued so

that the confirmation be renoticed; and

(c) That this Honorable Court grant such other and further relief as it may deem

just and proper.

This 23rd day of July, 2019.

<div style="margin-left:50%">

Respectfully submitted,
Saeger & Associates, LLC


__/s/_____
Dan Saeger 680628
Attorney for Debtor

</div>

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing Amendment have been served upon the following by placing same in an envelope with adequate First Class postage affixed and depositing same in the United States Mail addressed for delivery to:

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA 30303

Ashley Michelle Austin
481 W Kinman Rd SW
Calhoun, GA 30701

Security Finance Corporation
Registered Agent – CT Corporation System
289 S Culver St
Lawrenceville, GA 30046

SFC Central Bankruptcy
Attn: Natasha Blackwell – Bankruptcy Processor
PO Box 1893
Spartanburg, SC 29304

World Finance Corporation
Registered Agent – CT Corporation System
289 S Culver St
Lawrenceville, GA 30046

World Acceptance Corporation
Attn: Shannon Parker – Bankruptcy Coordination II
PO Box 6429
Greenville, SC 29606

And all creditors on the attached matrix


Dated: July 23, 2019


                                                Saeger & Associates, LLC


                                                __/s/_____
                                                Dan Saeger 680628

Attorney for Debtor

SAEGER & ASSOCIATES, LLC
706 S Thornton Ave Ste D
Dalton, GA 30720
(P) 706-529-5566
dan@whitfieldcountylaw.com

Label Matrix for local noticing
113E-4
Case 19-40777-pwb
Northern District of Georgia
Rome
Tue Jul 23 13:04:41 EDT 2019

(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
PO BOX 183853
ARLINGTON TX 76096-3853

Americredit Financial Services, Inc.Dba GM F
P.O Box 183853
Arlington, TX 76096-3853

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Ashley Michelle Austin
481 W Kinman Rd SW
Calhoun, GA 30701-3227

Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Comenity Capital/WYND
PO Box 182120
Columbus, OH 43218-2120

Dewayne Hollingsworth
481 W Kinman Rd SW
Calhoun, GA  30701-3227

GM Financial
PO Box 181145
Arlington, TX 76096-1145

GS Loan SVCS/Synovus
PO Box 120
Columbus, GA 31902-0120

Gordon Hospital
1035 Red Bud Rd NE
Calhoun, GA  30701-6010

Green Sky
1797 Northeast Expy NE
Atlanta, GA  30329-7803

Greensky, LLC
1797 N.E. Expressway, Suite 100
Atlanta, GA 30329-2451

IC System
444 Highway 96 E
Saint Paul, MN  55127-2557

Brandi L. Kirkland
Mary Ida Townson, Ch. 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229

Medical Services Extended Pay
PO Box 24104
Chattanooga, TN  37422-4104

Mercury Card FB&T
PO Box 84064
Columbus, GA 31908-4064

PNC Bank
PO Box 3180
Pittsburgh, PA 15230-3180

SFC Central Bankruptcy
PO Box 1893
Spartanburg, SC 29304-1893

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S Thornton Ave
Dalton, GA 30720-8212

Sears/CBNA
PO Box 6283
Sioux Falls, SD 57117-6283

Security Finance
PO Box 3146
Spartanburg, SC 29304-3146

Southern Care Family Medicine
111 A Laurel Creek Rd
Calhoun, GA 30701-7000

Mary Ida Townson
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1229

World Finance
PO Box 6429
Greenville, SC 29606-6429

World Finance Corp. c/o World Acceptance Cor
Attn: Bankruptcy Processing Center
PO Box 6429
Greenville, SC 29606-6429

Wyndam
6277 Sea Harbor Dr
Orlando, FL  32821-8043

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

End of Label Matrix
Mailable recipients    26
Bypassed recipients     0
Total                  26